**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CEDRIC RAY GOOLSBY,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 5:26-cv-478-MTT-CHW** |
| **ANITA HOWARD, *et al*.,** | : | |
| **Defendants.** | : | |

**ORDER**

Plaintiff Cedric Ray Goolsby, an inmate in the Bibb County Law Enforcement Center in Macon, Georgia filed a complaint under 42 U.S.C. § 1983. ECF No. 1. He did not, however, pay the $405.00 filing fee for this case or submit a motion to proceed *in forma pauperis* ("IFP").

Plaintiff is therefore **ORDERED** to either pay the filing fee or file a motion to proceed IFP. Plaintiff must complete the entire IFP application by filling out the motion and declaration as well as submitting "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2).

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to either pay the filing fee or move for leave to proceed IFP. The **CLERK** is **DIRECTED** to forward Plaintiff the necessary forms for filing a motion to proceed IFP.

If Plaintiff does not timely and fully comply with this Order, this action may be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of

any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED** and **DIRECTED**, this 3rd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge